CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−01310−NGG−RER

Bigger et al v. Davol Inc. et al
Assigned to: Judge Nicholas G. Garaufis
Referred to: Magistrate Judge Ramon E. Reyes, Jr
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/31/2008
Date Terminated: 07/30/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Judy Bigger** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bigger** represented by **Stephanie Hatzakos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R.Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2008 | Ï 1 | COMPLAINT against Davol Inc., C.R.Bard Inc. $ 350, filed by Judy Bigger, John Bigger. (Attachments: # 1 Civil Cover Sheet) (Jones, Sandra) (Entered: 04/01/2008) |
| 03/31/2008 | Ï | Summons Issued as to Davol Inc., C.R.Bard Inc.. (Jones, Sandra) (Entered: 04/01/2008) |
| 04/04/2008 | Ï 2 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R.Bard Inc.. Judy Bigger waiver sent on 4/1/2008, answer due 6/2/2008; John Bigger waiver sent on 4/1/2008, answer due 6/2/2008. (Hatzakos, Stephanie) (Entered: 04/04/2008) |
| 06/03/2008 | Ï 3 | Letter dated 5/29/2008 from Denise Morgan−Stone, JPML, to David A. DiMarzio, Clerk of Court for RI., enclosing CTO−19 in MDL No. 1842 and advising the Clerk to transmit a certified copy of the Panel's order to transfer to the Clerk of the District |

| | | |
|---|---|---|
| | | which the action is being transferred. (Marziliano, August) (Entered: 06/03/2008) |
| 07/30/2008 | Ï 4 | Conditional Transfer Order (CTO−18) transferring case from Eastern District of New York to District of Rhode Island. (Marziliano, August) (Entered: 07/30/2008) |
| 07/30/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 07/30/2008) |